UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 10-14094-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ELIAS ALVARADO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to Order of Reference of the District Court Dated July 7, 2011. The Report and Recommendations issued by United States Magistrate Judge Frank J. Lynch, Jr., on July 14, 2011 **(D.E.#194)**, recommends to this Court, that CJA Voucher #FLS 10-5197 be Granted and that Mr. Michael G. Smith, Esquire be awarded a total sum of **$18,355.35** in this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch, Jr, Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of August, 2011.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Frank J. Lynch, Jr.
Michael G. Smith, Esq
Lucy Lara, CJA Administrator